EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Laura M. Vélez Vélez | 2025 TSPR 73 |
| | 216 DPR ___ |

Número del Caso:  TS-13,035


Fecha:  8 de julio de 2025



Representante legal de la peticionaria:

Por derecho propio



Materia:  Readmisión al ejercicio de la abogacía.



Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA I

*Ex parte:*

Laura M. Vélez Vélez | TS-13,035

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de julio de 2025.

Examinada la solicitud de readmisión al ejercicio de la abogacía presentada por la Sra. Laura M. Vélez Vélez, se readmite al ejercicio de la abogacía.

Se ordena a la Secretaría registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena a la licenciada Vélez Veléz actualizar su información de contacto en el RUA.

Asimismo, se le exhorta a la licenciada Vélez Vélez a que una vez se le notifique de su readmisión a la profesión legal deberá dar cumplimiento con el requisito especial dispuesto en la *Resolución* ER-2025-0002 aprobada el 17 de junio de 2025 por este Tribunal en relación a "tomar un mínimo de seis horas crédito en cursos de educación jurídica continua que traten principalmente sobre las nuevas normas éticas" a más tardar el 31 de diciembre de 2026. *In re*: Reglamento Conducta Profesional, 2025 TSPR 64, 216 DPR ___ (2025).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo